Case 2:17-cv-06338-JMA-AKT   Document 1-1   Filed 10/31/17   Page 1 of 2 PageID #: 8

**Allied Interstate LLC**

877-488-3558

November 1, 2016

Jason Saladino
1 Russell Ct
Medford, NY 11763-4013

    Re:    Chase Bank USA, N.A Account Number ending in 4608
            Amount Owed: $8,135.16
            Reference No.: ▮▮▮▮▮3835

Jason Saladino:

We are a debt collection company and our client, Chase Bank USA, N.A, has retained us to collect the debt noted above. This is an attempt to collect a debt and any information obtained will be used for that purpose.

As of the date of this letter, the Amount Owed is $8,135.16. Because the creditor continues to assess interest on the debt, the amount due on the day you pay may be greater. Hence, if you pay the Amount Owed shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you of any remaining balance. To make a payment, please mail your payment using the coupon on the reverse side of this letter or telephone us at 877-488-3558. We process checks electronically and your checking account will be debited on the day we receive your payment. Your check will not be returned.

Unless you notify us within 30 days after receiving this letter that you dispute the validity of this debt or any portion thereof, we will assume that this debt is valid. If you notify us in writing within 30 days after receiving this letter that you dispute the validity of this debt, or any portion thereof, we will obtain and mail to you verification of the debt or a copy of a judgment. If you request of us in writing within 30 days after receiving this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

We look forward to receiving your payment.

Sincerely,

*Allied Interstate LLC*
Jeffrey Swedberg

SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION    1 of 4

7525 West Campus Road, New Albany, OH
(Do not send payments or correspondence to this address)

If you have a question or comment, please (i) write us at P.O. Box 361445, Columbus, OH 43236; (ii) email us at: advocacygroup@allied-interstate.com, or, (iii) call us toll-free at 877-488-3558 between 9:00 AM Eastern Time and 6:00 PM Eastern Time Monday through Friday.

New York City Department of Consumer Affairs license numbers: 1474413-DCA, 1473185-DCA, 1473141-DCA, 1473196-DCA, 1473186-DCA, 1466817-DCA, 1473155-DCA, 1473165-DCA, 1473170-DCA, 1473181-DCA, 1473180-DCA, 1473198-DCA, 1473177-DCA, 1473174-DCA.

Correspond with Allied (other than payments) at:Allied Interstate LLC, PO Box 361445, Columbus, OH 43236

---

RETURN MAIL ONLY
P.O.Box 1954
Southgate, MI 48195-0954

(Detach and return with payment)

8350

0013576/0000001

Jason Saladino
1 Russell Ct
Medford, NY 11763-4013

Cardmember Services
P.O. Box 15548
Wilmington, DE 19886-5548