**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 112411

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON SALADINO, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED INTERSTATE LLC, <br><br> Defendant. | Docket No: 2:17-cv-06338-JMA-AKT <br><br> **NOTICE OF SETTLEMENT** |

Now comes the Plaintiff JASON SALADINO by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: November 15, 2017

                                            **BARSHAY SANDERS, PLLC**

                                            By: */s/ David M. Barshay*
                                            David M. Barshay, Esq.
                                            BARSHAY SANDERS, PLLC
                                            100 Garden City Plaza, Suite 500
                                            Garden City, New York 11530
                                            Tel: (516) 203-7600
                                            Fax: (516) 706-5055
                                            *ConsumerRights@BarshaySanders.com*
                                            *Attorneys for Plaintiff*
                                            Our File No.: 112411